UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>By and through its loan servicing agent<br>SALLIE MAE INC.<br><br>    Plaintiff<br><br>    vs.<br><br>MYRIAM MARTINEZ CASIANO,<br><br>    Defendant. | *<br>*  CIVIL ACTION NO. 04-2101 (JAF)<br>*<br>*  COLLECTION OF MONIES<br>*<br>*<br>*<br>* |

## JUDGMENT

Default having been entered against defendant, MYRIAM MARTINEZ CASIANO, and plaintiff's evidence supporting the allegations of the complaint, the Court finds MYRIAM MARTINEZ CASIANO liable to the HICA ELC in the amount of $29, 660.02 as principal, together with accrued interest in the amount of $1,519.40 through May 19, 2005, percentage rate which is equal to a variable rate calculated by the Secretary of Treasury, and additional interest thereafter at an annual rate for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one (91) day U.S. Treasury Bills auctioned during the preceding quarter, plus three (3%) percent, rounding up this figure to the nearest 1/8 of 1%, all as per the Note, until fully paid or satisfied, plus reasonable attorney's fees.

    **SO ORDERED AND ADJUDGED**.

    In San Juan, Puerto Rico, on June 9, 2005.

                                                  S/José Antonio Fusté
                                                  JOSE A. FUSTE
                                                  United States District Judge